UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN ANTONIO CARRILLO
FUMERO,

       Petitioner,

    v.                                 Case No.:  2:26-cv-01198-SPC-DNF

WARDEN, GLADES COUNTY
DETENTION CENTER *et al.*

       Respondents,

_____/

## OPINION AND ORDER

Before the Court is Juan Antonio Carrillo Fumero's unsigned Petition for Writ of Habeas Corpus (Doc. 1).  Carrillo Fumero claims he is unlawfully detained by immigration authorities without an opportunity to seek release on bond.  But the petition is unsigned.  "Application for a writ of habeas corpus shall be in writing *signed and verified* by the person for whose relief it is intended or by someone acting in his behalf."  28 U.S.C. § 2242.

Accordingly, Carrillo Fumero's petition is **DISMISSED without prejudice**.  Carrillo Fumero may file a signed and verified amended petition within **21 days** of this order.  Otherwise, the Court will enter judgment and close this case without further notice.

**DONE AND ORDERED** in Fort Myers, Florida on April 17, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record